UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 05-0026-LTS |
| ) | |
| VAHAGN GILAVYAN and ) | |
| IRINA VLASOVA ,   ) | |
| ) | |
| **Defendants**   ) | |

JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING
AND DETENTION HEARING

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, the defendant VAHAGN GILAVYAN, by his attorney Kevin Barron, and the defendant IRINA VLASOVA, by her attorney Timothy Watkins, jointly move to reschedule the probable cause and detention hearing currently scheduled for July 12, 2005 until July 27, 2005.  Defendants, by and through their counsel, hereby waive any right they have to earlier probable cause or detention hearings.  As grounds therefore, the parties state that Timothy Watkins, the attorney IRINA VLASOVA, will be out of the country on July 12, 2005, and for the week following that date.  Moreover, the parties will use the additional time to discuss matters related to this case.

WHEREFORE, the parties respectfully request that the Probable Cause and Detention Hearings be delayed from July 12, 2005 until July 27, 2005.

| | |
|---|---|
| Respectfully Submitted, | |
| IRINA VLASOVA | VAHAGN GILAVYAN |
| By her attorney: | By his attorney: |
| | |
| /s/ Timothy Watkins, by SPB | /s/ Kevin L. Barron, by SPB |
| CATHERINE BYRNE | KEVIN L. BARRON |
| (617) 223-8061 | (617) 482-6368 |

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

Dated: July 8, 2005