UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05CR 10181 NG |
| v. | ) | VIOLATIONS: |
| VAHAGN GILAVYAN and | ) | 18 U.S.C. § 371 (Conspiracy) |
| IRINA VLASOVA | ) | 18 U.S.C. § 1341 (Mail Fraud) |
| | ) | 18 U.S.C. § 1029(a)(5) (Fraudulent Access Devices) |
| | ) | 18 U.S.C. § 1029(a)(4) (Device Making Equipment) |
| Defendants. | ) | 18 U.S.C. § 1028A (Aggravated Identity Theft) |
| | ) | 18 U.S.C. § 2 (Aiding and Abetting) |

### INDICTMENT

The Grand Jury Charges That at All Times Material to This Indictment:

1. VAHAGN GILAVYAN, ("GILAVYAN"), lived in the District of Massachusetts at 59 Harris Street, Brookline or at 175 Freeman Street, Brookline.

2. IRINA VLASOVA ("VLASOVA"), lived in the District of Massachusetts at 59 Harris Street, Brookline or at 175 Freeman Street, Brookline.

### GENERAL ALLEGATIONS

3. From on or about November 2003 through on or about May 2005, GILAVYAN and VLASOVA got hundreds of fraudulently obtained names and credit card numbers.

4. GILAVYAN and VLASOVA used these names and credit card numbers to purchase goods over the Internet and ship these goods to various addresses in and around Brookline and Boston, Massachusetts.

5. GILAVYAN and VLASOVA then picked up these goods, and resold them on the EBay auction site using the username "shalunishka."

6. During this same time period, GILAVYAN and VLASOVA possessed a

reencoding machine that they used to reencoded the magnetic strip of credit cards in their own names or another person's name with credit card numbers that they had fraudulently obtained from other individuals.

    7.    As of May 2005, GILAVYAN and VLASOVA were in possession of over 250 credit card numbers.

## COUNT ONE
## CONSPIRACY
## 18 U.S.C. § 371

THE GRAND JURY FURTHER CHARGES THAT:

8. Paragraphs 1 through 7 are realleged and incorporated by reference as though fully set forth herein.

9. Beginning on a date unknown but no later than November 2003 and continuing until May 2005, at Boston and elsewhere in the District of Massachusetts,

**VAHAGN GILAVYAN and
IRINA VLASOVA,**

defendants herein, knowingly and unlawfully conspired and agreed with each other to commit numerous offenses against the United States, namely:

having devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing the scheme and artifice to defraud and attempting to do so (1) to deposit and cause to be deposited matters and things to be sent and delivery by a private and commercial interstate carrier, and to take and receive therefrom such matters and things, and (2) to knowingly cause to be delivered by the United States Postal Service mail and by private and commercial carrier according to the directions thereon such matters and things, in violation of Title 18, United States Code, Section 1341;

to knowingly and with intent to defraud, effect transactions, with at least one access device issued to another person or persons, and by such conduct to receive payment and

other thing of value during a one year period, the aggregate value of which was at least $1,000, in violation of Title 18, United States Code, Section 1029(a)(5);

to knowingly and with intent to defraud, produce, traffic in, have control and custody of, and possess device-making equipment in violation of Title 18, United States Code, Section 1029(a)(4); and

to knowingly and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name and credit card number, with the intent to commit, and aid and abet and in connection with, violations of 18 U.S.C. § 1341, Mail Fraud, and 18 U.S.C. § 1029(a)(5), Fraudulent Possession of Access Devices, in violation of Title 18, United States Code, Section 1028A.

## OBJECTIVES OF THE CONSPIRACY

10.     It was a purpose and objective of the conspiracy to enable GILAVYAN and VLASOVA to get fraudulently obtained names and credit card numbers of numerous individuals.

11.     It was a further purpose of the conspiracy for GILAVYAN and VLASOVA to use these fraudulently obtained credit card numbers to purchase items on the Internet, and to resell these items to others over the Internet.

12.     It was a further purpose of the conspiracy for GILAVYAN and VLASOVA to use these fraudulently obtained credit cards to make other purchases for their own use.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspirators accomplished the goals of the conspiracy included, among others, the following:

13.     It was part of the conspiracy that GILAVYAN and VLASOVA got, from a variety

of sources, the fraudulently obtained names and credit card numbers of numerous people.

14. It was further part of the conspiracy that as of May 2005, GILAVYAN and VLASOVA possessed over 250 fraudulently obtained names and credit card numbers.

15. It was further part of the conspiracy that as of May 2005, GILAVYAN and VLASOVA possessed a reencoding device that allowed them to reprogram the magnetic strip of credit cards, so that the name and number appearing on the front of the cards was different from the name and number appearing on the magnetic strip of these cards.

16. It was further part of the conspiracy that GILAVYAN and VLASOVA used these fraudulent credit cards to make purchases for themselves, and to purchase items they then sold to others over the Internet.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

17. In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendants GILAVYAN and VLASOVA, in the District of Massachusetts and elsewhere, performed numerous overt acts, including but not limited to, the following:

| ACTOR | DATE (in or about) | OVERT ACT |
|---|---|---|
| GILAVYAN and VLASOVA | November 2003 | Purchased items at a Staples Store using fraudulent credit cards, and offered these items for sale on EBAY |
| GILAVYAN and VLASOVA | May 3, 2005 | Drove to 164 Strathmore Rd., Brighton, Massachusetts, and picked up two packages addressed to a person with the initials C.P. |

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO AND THREE
## MAIL FRAUD
## 18 U.S.C. § 1341

THE GRAND JURY FURTHER CHARGES THAT:

18. Paragraphs 1 through 7 and 10 through 16 are realleged and incorporated by reference as though fully set forth herein.

19. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendants,

**VAHAGN GILAVYAN and
IRINA VLASOVA,**

having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to do so, did (1) deposit and cause to be deposited matters and things to be sent and delivered by a private and commercial interstate carrier, and took and received therefrom such matters and things, and (2) knowingly caused to be delivered by the United States Postal Service mail and by private and commercial carrier according to the directions thereon, such matters and things, as set forth below:

| COUNT | DATE (on or about) | MATTER MAILED |
|---|---|---|
| Two | April 10, 2005 | Sony Vaio Computer mailed to Vermont |
| Three | May 3, 2005 | Two Sony Vaio Computer sent by UBid by Federal Express to Brighton, Massachusetts. |

All in violation of Title 18, United States Code, Sections 1341 and 2.

**COUNT FOUR**
**FRAUDULENT POSSESSION OF ACCESS DEVICES**
18 U.S.C. § 1029(a)(5)

THE GRAND JURY FURTHER CHARGES THAT:

20. Paragraphs 1 through 7 and 10 through 16 are realleged and incorporated by reference as though fully set forth herein.

21. From in or about May 4, 2004 through on or about May 3, 2005, in the District of Massachusetts, the defendants,

**VAHAGN GILAVYAN and**
**IRINA VLASOVA,**

did knowingly and with intent to defraud, effect transactions, with at least one access device issued to at least one other person, in order to receive payment and any other thing of value the aggregate value of which was at least $1,000 during any one year period, to wit, May 4, 2004 through May 3, 2005.

All in violation of 18 U.S.C. § 1029(a)(5) and 2.

## COUNT FIVE
### POSSESSION OF DEVICE-MAKING EQUIPMENT
18 U.S.C. § 1029(a)(4)

THE GRAND JURY FURTHER CHARGES THAT:

22. Paragraphs 1 through 7 and 10 through 16 are realleged and incorporated by reference as though fully set forth herein.

23. On or about May 3, 2005, in the District of Massachusetts, the defendants,

**VAHAGN GILAVYAN and
IRINA VLASOVA,**

did knowingly and with intent to defraud, produce, traffic in, have control and custody of, and possess device-making equipment.

All in violation of 18 U.S.C. § 1029(a)(4) and 2.

**COUNT SIX AND SEVEN**
**AGGRAVATED IDENTITY THEFT**
**18 U.S.C. § 1028A**

THE GRAND JURY FURTHER CHARGES THAT:

24.   Paragraphs 1 through 7 and 10 through 16 are realleged and incorporated by reference as though fully set forth herein.

25.   On or about the dates set forth below, in the District of Massachusetts, the defendants,

**VAHAGN GILAVYAN and**
**IRINA VLASOVA,**

did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, a means of identification of another person, to wit: name and credit card number, with the intent to commit, and aid and abet and in connection with, violations of 18 U.S.C. § 1341, Mail Fraud, and 18 U.S.C. § 1029(a)(5), Fraudulent Possession of Access Devices, as follows:

| COUNT | DATE (on or about) | CREDIT CARD NUMBER |
|---|---|---|
| SIX | May 3, 2005 | A Visa credit card number ending in 1012 issued to a person with the initials SR |
| SEVEN | May 3, 2005 | A Visa credit card number ending in 5958 issued to a person with the initials TX |

All in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Seth P. Berman
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                              July 20, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

11:30A

11

≋JS 45 (5/97) - (Revised USAO MA 1/39/97)

**05 CR 10181 NG**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** US SECRET SERVICE

**City** Brookline  **Related Case Information:**

**County** Norfolk  
Superseding Ind./ Inf. _____  Case No. _____  
Same Defendant  Yes  New Defendant _____  
Magistrate Judge Case Number  05-0026-LTS  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** IRINA VLASOVA  Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** 59 Harris Street, Brookline, MA

**Birth date (Year only):** 1971  **SSN (last 4 #):** 4340  **Sex** F  **Race:** WH  **Nationality:** USA

**Defense Counsel if known:** Tim Watkins  **Address:** Federal Defender Services

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Seth Berman  **Bar Number if applicable** 629332

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested  ☒ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** June 20, 2005

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Judge Sorokin  on  June 20, 2005

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  Seven

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** July 20, 2005  **Signature of AUSA:** _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    IRINA VLASOVA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | One |
| Set 2 | 18 U.S.C. § 1341 | Mail Fraud | Two + Three |
| Set 3 | 18 U.S.C. § 1029(a)(5) | Possession of Fraudulent Access Devices | Four |
| Set 4 | 18 U.S.C. § 1029(a)(4) | Possession of Device Making Equipment | Five |
| Set 5 | 18 U.S.C. § 1028A | Aggravated Identity Theft | Six -Seven |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** US SECRET SERVICE

**City** Brookline  **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  Yes   New Defendant _____
Magistrate Judge Case Number  05-0026-LTS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  VAHAGN GILAVYAN   Juvenile  [ ] Yes  [X] No

Alias Name _____

Address  59 Harris Street, Brookline, MA

Birth date (Year only): 1981  SSN (last 4 #): none  Sex M  Race: WH  Nationality: Armenian

Defense Counsel if known:  Kevin L. Barron  Address: Suite 5B 453 Washington Street
                                                    Boston, MA 02111

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Seth Berman   Bar Number if applicable  629332

Interpreter:  [ ] Yes  [X] No   List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested   [ ] Regular Process   [X] In Custody

**Location Status:**

Arrest Date:  June 21, 2005

[X] Already in Federal Custody as  Pretrial Detention  in  Custody of US Marshals D. Mass .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony  Seven

                    Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: July 20, 2005   Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    VAHAGN GILAVYAN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | One |
| Set 2 | 18 U.S.C. § 1341 | Mail Fraud | Two + Three |
| Set 3 | 18 U.S.C. § 1029(a)(5) | Possession of Fraudulent Access Devices | Four |
| Set 4 | 18 U.S.C. § 1029(a)(4) | Possession of Device Making Equipment | Five |
| Set 5 | 18 U.S.C. § 1028A | Aggravated Identity Theft | Six + Seven |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: