UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>         v.                                  )    CRIMINAL NO. 05-10181-NG<br>)<br>IRINA VLASOVA                      ) | |

MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw as counsel for defendant in this matter. As grounds for this motion, the undersigned states the following:

1. The District of Massachusetts Federal Defender Office was appointed by Chief Magistrate Judge Charles B. Swartwood, III to represent the defendant on June 20, 2005. The case was assigned to the undersigned on the same date.

2. Upon information and belief, Roger Witkin, Esq., 6 Beacon Street, Suite 1010, Boston, MA 02108, is poised to imminently file a Notice of Appearance on behalf of the defendant.

WHEREFORE, the undersigned moves to withdraw as counsel of record for the defendant.

/s/ Timothy Watkins
Timothy Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Ave. Third Floor
Boston, MA  02210
Tel: 617-223-8061