AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**APPEARANCE**

Case Number: 05 CR 10181 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for VAHAGAN GILAVYAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11 AUG. 05 | _/s/ Ronald J. Chisholm_ |
| Date | Signature |
| | RONALD J. CHISHOLM   082600 |
| | Print Name   Bar Number |
| | 19 OLD VILLAGE DRIVE |
| | Address |
| | WINCHESTER, MA   01890 |
| | City   State   Zip Code |
| | (781) 729 4566   (781) 721 0822 |
| | Phone Number   Fax Number |