**ROGER WITKIN**

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

August 26, 2005

AUSA Seth Berman
United States Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

RE: **UNITED STATES V IRINA VLASOVA**
**CRIMINAL NO. 05 10181 NG**

Dear Mr. Berman:

    The defendant has no reciprocal discovery as mandated by Local Rule 116.1 (D) and Fed. R. Crim. P. 16 (b) (1) (A) and (B). The defendant recognizes his duty of disclosure and discovery is a continuing one pursuant to both rules.

    Please telephone me if you have any questions about the above information or if you would like to discuss this case further.

    Very truly yours,

    **ROGER WITKIN**

/slw

c.c.   client
      Maria Simeone, Courtroom Clerk for Honoroable Leo Sorokin, United States Courthouse, One Courthouse Way, Boston MA 02210
      Ronald Chisholm, Esq.

f32