UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10181-NG

UNITED STATES OF AMERICA

v.

VAHAGN GILAVYAN AND IRINA VLASOVA

ORDER AND INITIAL STATUS REPORT

September 13, 2005

SOROKIN, M.J.

  An Initial Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5.  Based on that Conference the Court enters the following report and orders.

  1.  Upon defendant's request and the government's assent, the time for defendant to serve his discovery letter is extended to September 20, 2005.  The date for filing a discovery motion, if any, shall be October 25, 2005 with the Government's Response due by November 15, 2005.

  2.  Upon defendant's request the government shall disclose its expert reports, if any, no later than 60 days before trial and defendant shall disclose its expert reports, if any, no later than 30 days before trial.

  3.  The government believes discovery is complete excepting paragraph 2 and the 21 day pretrial disclosures..

  4.  The parties agree that it is premature to set a date for filing dispositive motions at this time.

  5.  The parties agree and the Court find, pursuant to the provisions of 18 U.S.C. sec 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, review of the evidence, investigation, informal exchange of discovery, and consideration of how best to proceed with this matter, outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment.   Accordingly, the Court Orders that the time from September 13, 2005 through and including November 8, 2005 is excluded from the Speedy Trial Clock.  The Court notes that each day from the date of the arraignment has previously been excluded.

  6.  Counsel reports that it is too early to know whether this case will go to trial.

      7.  The Court has scheduled the Final Status Conference for **November 8, 2005 at 2:00 p.m.**

           /s/ Leo T. Sorokin
           LEO T. SOROKIN
           United States Magistrate Judge