UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-CR-10181-NG |
| ) | |
| VAHAGN GILAVYAN and ) | |
| IRINA VLASOVA , ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on November 8, 2005 and ending on December 14, 2005. As grounds therefor, the United States states that the parties need this time to exchange discovery and to negotiate a possible plea agreement.

Defendant Gilavyan, through his counsel Ronald Chisholm, and Defendant Vlasova, through her counsel Timothy Watkins, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney
        By:

        /s/ Seth P. Berman
        SETH P. BERMAN
        Assistant U.S. Attorney
        (617) 748-3385

Dated: November 17, 2005