UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-CR-10181-NG |
| ) | |
| VAHAGN GILAVYAN and ) | |
| IRINA VLASOVA , ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

    The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on March 1, 2006 and ending on April 11, 2006. As grounds therefor, the United States states that the parties need this time to exchange discovery and to negotiate a possible plea agreement.

    Defendant Gilavyan, through his counsel Ronald Chisholm, and Defendant Vlasova, through her counsel Roger Witkin, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

Dated: March 1, 2006