UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                    INDICTMENT NO. 05-10181-NG

IRINA VLASOVA

### DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE

The Defendant Irina Vlasova ("Ms. Vlasova"), in the above-numbered Indictment and through Counsel, move this Court to suppress certain evidence taken against her as the result of a law enforcement investigation, of mixed authority, from the date of May 3, 2005 and thereafter.

The investigation began prior to May 3, 2005, and involved questions of fraud and theft through the use of computer or other electronic equipment. The probe was conducted by Massachusetts State Police and at least two Federal authorities, and resulted in the present Indictment.

Specifically, she seeks the exclusion of those statements she made in a May 3, 2005 interrogation which were subsequent to her request for Counsel; the product of an alleged consent search conducted in her dwelling on the same date, and the results of a search -- by warrant issued on May 9, 2005 -- of the information contained on computers which were seized in the warrantless search of her residence.

As her reasons for this motion, Ms. Vlasova assigns that her statements were elicited from her in violation of the principles of United States v. Edwards, 451 U.S. 477, 101

As her reasons for this motion, Ms. Vlasova assigns that her statements were elicited from her in violation of the principles of United States v. Edwards, 451 U.S. 477, 101 S.Ct. 1880 (1983); that the consent to enter her residence was obtained in transgression of the principles of Bumper v. North Carolina, 391 U.S. 543, 548, 88 S.Ct. 1788 (1968); and that the computer warrant and subsequent search were tainted — "fruit of the poisonous tree" — and therefore excludable under the principles of Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407 (1963), Edwards, supra, United States v. Patane, 542 U.S.630, 124 S.Ct. 2620 (2004) and those of the Fourth, Fifth and Sixth Amendments to the United States Constitution. Ms. Vlasova also invokes the principles of equity and fair play.

This Court is referred to the accompanying Memorandum in Support hereof for further particulars and argument.

/s/Roger Witkin
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, Massachusetts  02108
(617) 523-0027 (tel.)
(617) 523-2024 (fax)
BBO No. 531780

DATED:    April 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    INDICTMENT NO. 05-10181-NG

IRINA VLASOVA

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the within document was served upon AUSA Seth Berman, United States Attorneys Office, 1 Courthouse Way, Suite 9200, Boston, MA, and Ronald Chisolm, Esq., 19 Olde Village Drive Winchester, MA 01890, by mail and by electronic filing, which was e-filed this day.

/s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE:    April 10, 2006