UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-CR-10181-NG |
| ) | |
| VAHAGN GILAVYAN and ) | |
| IRINA VLASOVA , ) | |

ASSENTED TO MOTION TO ENLARGE THE TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO SUPPRESS

    The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to enlarge the time for the Government to respond to Defendant's Motion to Suppress from June 27, 2006 until July 31, 2006. As grounds therefor, the government states that the Government and the Defendants are in negotiations about potentially resolving this case, and that part of that resolution would include an agreement by the Defendants to withdraw the pending motion. The Government needs this additional time to complete the negotiations with the Defendants and, if necessary, to respond to their motion.

    Defendant, Gilavyan, through his counsel Ronald Chisolm, and Defendant Vlasova, through her counsel, Roger Witkin, assent to this motion.

WHEREFORE, the United States respectfully requests that the date for the Government's response to Defendant's motion be enlarged from June 27, 2006 until July 31, 2006.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

June 26, 2006