UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                         CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

## MOTION TO AMEND THE CONDITIONS OF BAIL

The defendant moves to amend the conditions of bail to permit her to travel on Saturday, July 8, 2006 to Plaistow, New Hampshire, to a friend's home there, for her friend's birthday party.

The friend is Lenna Boutwright. The party will be located at Ms. Boutwright's parent's home at 76 Old County Road, Plaistow, New Hampshire 03865, telephone number 603 382 4285.

The defendant will be carrying her cell phone which telephone number is 857 222 5060.

The prosecutor, AUSA Seth Berman, assents to this motion.

*/s/ROGER WITKIN*
ROGER WITKIN
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts   02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:        July 3, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                   CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

CERTIFICATE OF SERVICE

    I certify that I have this day served the United States by mailing a copy of the within motion to AUSA Seth P. Berman.

*/s/ROGER WITKIN*
ROGER WITKIN
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts  02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:        July 3, 2006