UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                        CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

MOTION TO AMEND THE CONDITIONS OF BAIL

    The defendant moves to amend the conditions of bail by reducing the number of times she must check in with Pretrial Services.

    She checks in now twice a week, and that is extremely difficult for her to do based on her employment situation.

    Wherefore the defendant moves that she be required hereafter to check in with Pretrial Services once a week.

*/s/ROGER WITKIN*
ROGER WITKIN
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts   02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:        July 5, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                               CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

CERTIFICATE OF SERVICE

I certify that I have this day forwarded a courtesy copy of the within document to AUSA Seth Berman and Pretrial Services Officer David A. Picozzi by mailing a copy of same postage prepaid mail.  This document was  e-filed this date.

> */s/ROGER WITKIN*
> ROGER WITKIN
> BBO #531780
> 6 Beacon Street, Suite 1010
> Boston, Massachusetts   02108
> (617) 523-0027 (tel.)
> (617  523-2024 (fax)

DATED:        July 5, 2006