UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. 05 10181 NG

VAHAGN GILAVYAN

**MOTION TO JOIN MOTION TO SUPPRESS FILED BY THE DEFENDANT IRINA VLASOVA**

The defendant, Vahagn Gilavyan, moves to join the Motion to Suppress previously filed by the co-defendant Irina Vlasova.

The Assistant United States Attorney on this matter, Seth P. Berman, Esq., assents to this motion.

RONALD J. CHISHOLM
19 Olde Village Drive
Winchester, MA 01890
BBO No. 082600

DATED:   June 27, 2006

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                CRIMINAL NO. 05 10181 NG

VAHAGN GILAVYAN

**CERTIFICATE OF SERVICE**

I certify that I have this day served the United States by hand delivering a copy of the within motion to AUSA Seth P. Berman.

_____
RONALD J. CHISHOLM
19 Olde Village Drive
Winchester, MA 01890
BBO No. 082600

DATED:   June 23, 2006