UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-CR-10181-NG |
| ) | |
| VAHAGN GILAVYAN and ) | |
| IRINA VLASOVA , ) | |

**MOTION FOR A RULE 11 HEARING**

     The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves that the Court continue the status conference currently scheduled for September 12, 2006, and in its place schedule a change of plea hearing pursuant to Federal Rule of Criminal Procedure 11.  As grounds therefore, the government states that both defendants have signed plea agreements, and have informed the attorney for the government that each intends to plead guilty pursuant to those plea agreements.

     The United States also requests that, pursuant to 18 U.S.C. §3161 (h)(8)(A), the Court exclude the period of time commencing on September 8, 2006 through the date that the Rule 11 hearing is scheduled in this matter.  As grounds therefor, the government states that this delay is necessary for the defendants to plead guilty in this matter.

     Defendant Gilavyan, through his counsel Ronald Chisholm, and Defendant Vlasova, through her counsel Roger Witkin, assents to this motion.

WHEREFORE, the United States respectfully requests that the Court continue the status conference, schedule a Rule 11 hearing, and find, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

    Respectfully Submitted,

    MICHAEL J. SULLIVAN
    United States Attorney
    By:

    /s/ Seth P. Berman
    SETH P. BERMAN
    Assistant U.S. Attorney
    (617) 748-3385

Dated: September 8, 2006