UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-CR-10181-NG |
| ) | |
| VAHAGN GILAVYAN and ) | |
| IRINA VLASOVA , ) | |

NOTICE OF APPEARANCE FOR
ASSISTANT U.S. ATTORNEY ADAM BOOKBINDER

I will be appearing as counsel for the government in this matter, replacing Seth Berman.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney


By:   /s/ Adam Bookbinder
       ADAM J. BOOKBINDER
       Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

           /s/ Adam J. Bookbinder
           Adam J. Bookbinder

Dated: February 27, 2007