

# MEMORANDUM

**To:** Honorable Nancy Gertner, U.S. District Judge

**From:** Michelle K. Roberts, U.S. Probation Officer

**Re:** VLASOVA, Irina, #05-10181
<u>**Fine/Restitution Order/Payment Schedule Policy**</u>

**Date:** May 9, 2007

This memorandum serves as notification of a fine/restitution payment schedule set upon by the above Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> Ms. Vlasova has agreed to pay her court-ordered restitution in monthly installments of $300 per month.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

Jonathan E. Hurtig
Supervising U.S. Probation Officer

Payment Schedule Is Approved:  5/15/07

Honorable Nancy Gertner
U.S. District Judge