UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                    CRIMINAL NO. 05 10181 NG 2

IRINA VLASOVA

**MOTION TO PERMIT DEFENDANT TO REMOVE HERSELF TO ARMENIA TO MARRY HER CO-DEFENDANT, VAHAGN GILAVYAN**

The defendant moves that she be permitted to leave the United States and to go to the Republic of Armenia. There, to marry her fiance, Vahagn Gilavyan, who either is about to be removed from the United States to Armenia or has already been removed.

In speaking with the Government, in the person of Assistant United States Attorney Adam Bookbinder, Mr. Bookbinder states that the Government at this point takes no position on this request. The defendant suggests that she has already served her six (6) months at Coolidge House and six (6) months on home detention.

*/s/ROGER WITKIN*
**ROGER WITKIN**
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts   02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:     June 20, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                               CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

**CERTIFICATE OF SERVICE**

    I certify that I have this day forwarded a copy of the within document to AUSA Adam Bookbinder by electronic filing this date.

*/s/ROGER WITKIN*
**ROGER WITKIN**
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts   02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:   June 20, 2008