UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 05 10181 NG 2

IRINA VLASOVA

**MOTION TO PERMIT DEFENDANT TO TRAVEL TO MOSCOW TO VISIT WITH VERY ILL (DYING) AUNT**

The defendant moves that she be permitted to leave the United States and to go to Moscow to visit with her aunt, who is her deceased father's sister. The aunt is ill with cancer and is potentially facing death at this time. The defendant wishes to stay in Moscow for three to four weeks and will reside in the aunt's home there.

*/s/ROGER WITKIN*
**ROGER WITKIN**
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts   02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:     August 11, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

### *CERTIFICATE OF SERVICE*

      I certify that I have this day forwarded a copy of the within document to AUSA Adam Bookbinder by electronic filing this date.

      */s/ROGER WITKIN*
**ROGER WITKIN**
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts   02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:     August 11, 2008