# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

August 6, 2008

Maryellen Molloy, Courtroom Clerk for
Honorable Nancy Gertner
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: **UNITED STATES V. VLASOVA**
**NO. 05 10181 NG 2**

Dear Ms. Molloy:

On June 20, 2008, I filed the Defendant's Motion To Permit Defendant To Remove Herself To Armenia To Marry Her Co-Defendant, Vahagn Gilavyan.

I have learned that as of July 29, 2008, that Vahagn Gilavyan was deported to Armenia and resides there currently.

I would very much like a hearing before Judge Gertner in regard to this pending motion.

I might indicate that in conversation with AUSA Adam Bookbinder that Mr. Bookbinder indicates to me that the Government takes no position in regard to this motion.

Thank you very much for your attention to it.

I enclose herein a copy of the motion so that you will know what I am talking about.

Thank you again.

Very truly yours,

ROGER WITKIN

/slw
encs.
c.c.     client
         AUSA Adam Bookbinder

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 05 10181 NG 2

IRINA VLASOVA

**MOTION TO PERMIT DEFENDANT TO REMOVE HERSELF TO ARMENIA TO MARRY HER CO-DEFENDANT, VAHAGN GILAVYAN**

The defendant moves that she be permitted to leave the United States and to go to the Republic of Armenia. There, to marry her fiance, Vahagn Gilavyan, who either is about to be removed from the United States to Armenia or has already been removed.

In speaking with the Government, in the person of Assistant United States Attorney Adam Bookbinder, Mr. Bookbinder states that the Government at this point takes no position on this request. The defendant suggests that she has already served her six (6) months at Coolidge House and six (6) months on home detention.

/s/ROGER WITKIN
**ROGER WITKIN**
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts  02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:    June 20, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. 05 10181 NG

IRINA VLASOVA

## CERTIFICATE OF SERVICE

I certify that I have this day forwarded a copy of the within document to AUSA Adam Bookbinder by electronic filing this date.

/s/ROGER WITKIN
**ROGER WITKIN**
BBO #531780
6 Beacon Street, Suite 1010
Boston, Massachusetts  02108
(617) 523-0027 (tel.)
(617  523-2024 (fax)

DATED:    June 20, 2008

2

## Motions

1:05-cr-10181-NG USA v. Gilavyan et al **CASE CLOSED on 05/08/2007**
VICTIM

# United States District Court

# District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Witkin, Roger on 6/20/2008 at 12:32 PM EDT and filed on 6/20/2008

**Case Name:** USA v. Gilavyan et al
**Case Number:** 1:05-cr-10181
**Filer:** Dft No. 2 - Irina Vlasova
**Document Number:** 48

**Docket Text:**
MOTION for Hearing *TO PERMIT DEFENDANT TO REMOVE HERSELF TO ARMENIA TO MARRY HER CO-DEFENDANT, VAHAGN GILAVYAN* as to Vahagn Gilavyan, Irina Vlasovaby Irina Vlasova. (Witkin, Roger)


**1:05-cr-10181-1 Notice has been electronically mailed to:**

Adam J. Bookbinder    adam.bookbinder@usdoj.gov, Janet.Smith@usdoj.gov, usama.ecf@usdoj.gov

Roger Witkin    roger@rogerwitkin.com

**1:05-cr-10181-1 Notice will not be electronically mailed to:**

Ronald J. Chisholm
19 Old Village Drive
Winchester, MA 01890

**1:05-cr-10181-2 Notice has been electronically mailed to:**

Adam J. Bookbinder    adam.bookbinder@usdoj.gov, Janet.Smith@usdoj.gov, usama.ecf@usdoj.gov

Roger Witkin    roger@rogerwitkin.com

**1:05-cr-10181-2 Notice will not be electronically mailed to:**

Ronald J. Chisholm
19 Old Village Drive
Winchester, MA 01890

CM/ECF - USDC Massachusetts - Version 3.2.1 as of 5/3/08
Case 1:05-cr-10181-NG   Document 50-2   Filed 08/11/2008   Page 4 of 4
Page 2 of 2

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=6/20/2008] [FileNumber=2422437-0
] [c32778cd306739d9b03704cd5b13391bfb730f6c8a27be187cd5b601eb2599a4007
22ac8b9d4503ccc58f940088e333ded742bc8a238d3decc53eea1ec7b0f68]]